UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRAKAMERICA, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:10-cv-00348-JOF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRAUNER, COHEN & THOMAS, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO DISMISS WITHOUT PREJUDICE BY TRAKAMERICA

NOW COMES TRAKAmerica and moves that its Complaint against Defendant be dismissed without prejudice. A proposed Order is submitted herewith.

Submitted this 3rd day of March, 2011.

                                                         *s/s David E. Hudson*

                                                 David E. Hudson
                                                 Georgia State Bar No. 374450
                                                 Hull Barrett, P.C.
                                                 P. O. Box 1564
                                                 Augusta, GA 30903-1564
                                                 (706) 722-4481
                                                 DHudson@hullbarrett.com

                                                 Saritha C. Reddy
                                                 Reed Smith, LLC
                                                 599 Lexington Avenue
                                                 New York, NY 10022

                                                 ATTORNEYS FOR TRAKAMERICA

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 3rd day of March, 2011.

*s/s   David E. Hudson*
